SMITH & NEPHEW, INC., Plaintiff–Cross Appellant,

v.

ARTHREX, INC., Defendant–Appellant.

Nos. 2010–1427, 2010–1450.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).